FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MAY 23  PM 4: 30

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | **JUDGE BOYKO** |
| | ) | |
| v. | ) | CASE NO. 1 : 18  CR  248 |
| | ) | Title 18, Section 922(a)(6), |
| TYLA M. SPENCER, | ) | United States Code |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Making a False Statement in Acquisition of a Firearm,
in violation of 18 U. S. C. § 922(a)(6))

The Grand Jury charges:

On or about January 3, 2018, in the Northern District of Ohio, Eastern Division, TYLA

M. SPENCER, in connection with the acquisition of firearms, to wit: a Glock, model G19 Gen4

Grey, 9mm caliber pistol, serial number BFUZ204, and a Glock, model G27 Gen4 Grey, .40

caliber pistol, serial number BEFM972, from Cleveland Armory, 9100 Bank Street, Suite A,

Valley View, Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make

and cause to be made false and fictitious statements, intended and likely to deceive said dealer

with respect to facts material to the lawfulness of the sale and acquisition of said firearm under

the provisions of Chapter 44, Title 18 of the United States Code, in that TYLA M. SPENCER

did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF

Forms 4473, that she was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, Section 922(a)(6), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.